UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES SARGENT (#339638)

VERSUS

JAMES M. LEBLANC ET AL

CIVIL ACTION

NO. 10-523-BAJ-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 30, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief shall be dismissed, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, October 25, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA